**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN THOMAS ENTLER, | No. 12-35495 |
| Plaintiff - Appellant, | D.C. No. 2:12-cv-05010-LRS |
| v. | |
| L. YOUNG, Grievance Coordinator, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Eastern District of Washington
Lonny R. Suko, District Judge, Presiding

Submitted April 16, 2013[**]

Before:    CANBY, IKUTA, and WATFORD, Circuit Judges.

Washington state prisoner John Thomas Entler appeals pro se from the

district court's judgment dismissing his 42 U.S.C. § 1983 action. We have

jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3. Accordingly, Entler's request for publication is denied.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

dismissal under 28 U.S.C. §§ 1915A and 1915(e)(2).  *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir. 2000); *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998) (order).  We affirm.

The district court properly dismissed Entler's action challenging the prison's grievance procedures because "[t]here is no legitimate claim of entitlement to a prison grievance procedure."  *Mann v. Adams*, 855 F.2d 639, 640 (9th Cir. 1988).

**AFFIRMED.**